Stephen G. Larson (SBN 145225)
*slarson@larsonobrienlaw.com*
Koren L. Bell (SBN 268614)
*kbell@larsonobrienlaw.com*
Steven A. Haskins (SBN 238865)
*shaskins@larsonobrienlaw.com*
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA  90071
Telephone:   213.436.4888
Facsimile:    213.623.2000

Attorneys for Plaintiffs
COLONIES PARTNERS, L.P. and
JEFFREY BURUM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIES PARTNERS, L.P.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO; et al.<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED MATTERS | CASE NO.  5:18-cv-00420-JGB-SHKx<br>*Consolidated with:*<br>5:18-cv-00672-JGB-SHKx<br>5:18-cv-01597-JGB-SHKx<br>5:18-cv-01216-JGB-SHKx<br>5:18-cv-02202-JGB-SHKx<br><br>**DECLARATION OF STEPHEN G. LARSON FOR ATTORNEYS' FEES PURSUANT TO ORDER ON MOTION FOR REVIEW [DKT 208]**<br><br>Action filed:　　　March 1, 2018<br>Discovery Cut-off:  November 18, 2019<br>Pre-Trial Conf.:  March 9, 2020<br>Trial Date:　　　March 24, 2020 |

# DECLARATION OF STEPHEN G. LARSON

I, Stephen G. Larson, declare and state as follows:

1.  I am an attorney licensed to practice law before this Court and am a partner at the law firm of Larson O'Brien LLP, attorneys for Plaintiffs Colonies Partners, L.P. ("Colonies") and Jeffrey Burum in the above-captioned matter. I am submitting this declaration pursuant to the Court's Order dated June 28, 2019, Dkt. No. 208. I have personal knowledge of the facts stated herein and, if called upon to do so, I can and will testify thereto.

2.  I am the partner who oversees the work performed by my firm on this matter. My firm's attorneys and professional support staff devoted a total of 42.5 hours of professional time to opposing the County Defendants' Motion for Review of Magistrate Judge's May 1, 2019 Order Re Discovery Dispute, filed May 15, 2019, Dtk. No. 186 ("Motion for Review"). This included time spent researching, drafting, and revising the opposition brief, as well as time spent preparing for the hearing on the Motion for Review. In my experience, the number of hours my firm devoted to this matter is reasonable under the circumstances.

3.  At our reasonable hourly rates, this represents a lodestar of $19,496, which has been calculated as follows:

| Name | Rate | Hours | Total |
| --- | --- | --- | --- |
| Stephen G. Larson (Partner) | $780 | 3.3 | $2,574 |
| Koren L. Bell (Partner) | $700 | 6.6 | $4,620 |
| Steven A. Haskins (Counsel) | $475 | 13.2 | $6,270 |
| Matthew S. Manacek (Associate) | $390 | 7.6 | $2,964 |
| Kathryane O. Foster (Paralegal) | $260 | 11.8 | $3,068 |
| **Total** | | **42.5** | **$19,496** |

4.  The above tables were prepared from contemporaneous billing records that the attorneys and professional staff members of my firm regularly submit. A

true and correct copy of these billing records, from May 2019 and June 2019, are attached hereto as **Exhibit 1**.  I have reviewed these billing records and have confirmed their accuracy.  I have redacted any work that was unrelated to the Motion for Review.  Where billing entries included both work that was related to the Motion for Review and work that was unrelated, I redacted the description of unrelated work and reduced the time included in the final request for attorneys' fees accordingly.  For these mixed-task entries, the amount billed for the Motion to Review is based on Paragraph 5 below and the declarations of the respective attorneys, which are attached hereto as **Exhibits 2-5**.

    5.    For my mixed-task entries, I billed the following time on the opposition to the Motion for Review:

| Date | Total Time | Motion for Review Time |
|---|---|---|
| 5/16/2019 | 1.8 | 1.2 |
| 5/18/2019 | 0.5 | 0.2 |
| 5/23/2019 | 0.5 | 0.2 |
| 5/24/2019 | 2.3 | 0.8 |
| 6/5/2019 | 0.2 | 0.1 |
| 6/6/2019 | 0.4 | 0.3 |
| 6/13/2019 | 0.5 | 0.3 |
| 6/27/2019 | 2.1 | 0.2 |

    6.    The time being submitted for the lodestar calculation is more than the time reflected on the invoices because of the billing structure Larson O'Brien agreed to with Colonies and Mr. Burum.  This structure, negotiated after obtaining appropriate conflict waivers from both clients, combines a contingency component with standard hourly billing.  Specifically, 50% of all time relating to the Section 1983 civil rights claims is billed hourly to Colonies, while the other 50% is allocated to a contingency arrangement whereby Larson O'Brien will be entitled to

an agreed-upon percentage of any recovery obtained on behalf of Mr. Burum relating to the civil rights claims. Given this billing structure, the invoices attached as **Exhibit 1** only include half of the time the attorneys and professional staff at Larson O'Brien actually spent opposing the Motion for Review. For example, as reflected in the above table, my total time billed on May 16, 2019 was 1.8 hours. However, due to this fee split arrangement, the invoice submitted to Colonies includes one-half of that total—0.9 hours. (*See* Ex. 1, at 07/01/2019 Invoice, p. 6.)

7. I have been an attorney for nearly 30 years, all of which time has been spent either litigating or adjudicating civil and criminal cases. My practice focuses on complex litigation and white collar criminal defense. I have tried numerous cases to verdict in both federal and state courts in California. Before establishing Larson O'Brien with Robert C. O'Brien, I was the firm-wide head of litigation at Arent Fox LLP—an AMLAW 200 firm. Before working at Arent Fox, I was a United States District Court Judge and a United States Magistrate Judge. Prior to my tenure on the federal bench, I spent nine years as an Assistant United States Attorney for the Central District of California. I began my career as an associate at O'Melveny & Myers LLP.

8. As a result of my experience in law firm leadership, I am familiar with the market rate for legal services for litigation attorneys in the Central District, including both the Los Angeles and Riverside legal markets. Based on my experience, the billing rates charged for the attorneys and paralegal from Larson O'Brien LLP are well below the market rates for Los Angeles and are reasonable market rates for Riverside.

9. My standard hourly billing rate for the time period in which this work was performed was $950. The hourly rate that Larson O'Brien charged Colonies for my time on this matter was $780.

10. Koren L. Bell is a partner at Larson O'Brien LLP. Ms. Bell has been practicing law for 16 years. Before working at Larson O'Brien, Ms. Bell was

counsel at Wilkinson Walsh + Eskovitz in its Los Angeles office, a federal public defender for the Central District of California, and an associate at Paul, Weiss, Rifkind, Wharton & Garrison in its New York office. Ms. Bell clerked for the Honorable Stephen Reinhardt. Ms. Bell's standard hourly billing rate for the time period in which this work was performed was $795. The hourly rate that Larson O'Brien charged Colonies for her time on this matter was $700.

11. Steven A. Haskins is a counsel at Larson O'Brien LLP. Mr. Haskins has been practicing law for 14 years. Before working at Larson O'Brien, Mr. Haskins was an associate at Arent Fox LLP in its Los Angeles office and an associate at Kirkland & Ellis LLP in its Los Angeles office. Mr. Haskins' standard hourly billing rate for the time period in which this work was performed was $550. The hourly rate that Larson O'Brien charged Colonies for his time on this matter was $475.

12. Matthew S. Manacek is an associate at Larson O'Brien LLP. Mr. Manacek has been practicing law for 3 years. Mr. Manacek's standard hourly billing rate for the time period in which this work was performed was $435. The hourly rate that Larson O'Brien charged Colonies for his time on this matter was $390.

13. Kathryane O. Foster is a paralegal at Larson O'Brien LLP. Ms. Foster has been a paralegal for 29 years. Before working at Larson O'Brien, Ms. Foster was a paralegal at Arent Fox LLP in its Los Angeles office. Ms. Foster's standard hourly billing rate for the time period in which this work was performed was $295. The hourly rate that Larson O'Brien charged Colonies for her time on this matter was $260.

Dated: July 8, 2019             /s/ *Stephen G. Larson*
                                Stephen G. Larson