# EXHIBIT 1

# LARSON · O'BRIEN LLP

Colonies Crossroads, Inc.
10621 Civic Center Dr.
Rancho Cucamonga, CA   91730

| | |
|---|---|
| Invoice Date: | 07/01/2019 |
| Invoice No.: | 5663 |
| Matter No. | 1184.0002 |

Attn:  Lisa Schafer

RE   Colonies v. County of San Bernardino - Split #1



Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/01/2019
Invoice No.            5663
Page No.                    2

Redacted

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/01/2019
Invoice No.       5663
Page No.            3

Redacted

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/01/2019
Invoice No.          5663
Page No.                4

Redacted

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/01/2019
Invoice No.         5663
Page No.               5

| | | Rate | Hours | |
|---|---|---|---|---|



Redacted

05/15/2019
KLB

review County's letter brief
and appeal of work product order; email
communication regarding the same.    700.00   1.05   735.00

Redacted

05/16/2019
SAH

confer regarding
opposition to motion for review of Magistrate's
ruling;

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:  07/01/2019
Invoice No.        5663
Page No.              6

| | Rate | Hours | |
|---|---|---|---|
| ██████████ | | | |
| SGL   review case law regarding opposition to motion for review of Magistrate's order. Update client; review appeal/motion regarding discovery order; review docket entries; | 475.00 | 2.15 | 1,021.25 |
| ██████████ | 780.00 | 0.90 | 702.00 |

Redacted

05/17/2019

Redacted

MSM   revise and edit motion for review;

Redacted

| | 390.00 | 2.75 | 1,072.50 |

SAH   confer regarding opposition to County motion for review; review County motion for review.

| | 475.00 | 1.65 | 783.75 |

05/18/2019
SGL   ; confer with J. Burum;

| | 780.00 | 0.25 | 195.00 |

Redacted

Colonies Crossroads, Inc.
Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/01/2019
Invoice No.        5663
Page No.              7



|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **05/20/2019** | Redacted |  |  |  |
| SAH | ; review and revise opposition to motion to review work product order; confer regarding opposition; | 475.00 | 3.40 | 1,615.00 |
| KOF | Preparation for response to motion for review. | 260.00 | 1.35 | 351.00 |
| MSM | revise and edit opposition to motion for review. | 390.00 | 1.65 | 643.50 |
|  | Redacted |  |  |  |
| **05/21/2019** | Redacted |  |  |  |
| SAH | review and revise draft opposition to motion for review; review cases regarding review of magistrate judge rulings; | 475.00 | 3.60 | 1,710.00 |
|  | Redacted |  |  |  |
| MSM | revise and edit opposition to motion for review. | 390.00 | 3.50 | 1,365.00 |
|  | Redacted |  |  |  |

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/01/2019
Invoice No.          5663
Page No.                8



| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Redacted | | | |
| 05/23/2019 | | | | | |
| KLB | Strategize regarding opposition to motion for review regarding work product issues; | | 700.00 | 0.55 | 385.00 |
| SGL | read and respond to email correspondence. | | 780.00 | 0.25 | 195.00 |
| KOF | Review and cite check joint opposition to County's motion for review; | | 260.00 | 1.80 | 468.00 |
| | | Redacted | | | |
| SAH | | | | | |

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:  07/01/2019
Invoice No.         5663
Page No.               9

| | | Rate | Hours | |
|---|---|---|---|---|
| ▮▮▮▮▮ review and revise draft opposition to motion for review;  review cite-check and revise brief. | | 475.00 | 3.35 | 1,591.25 |

Redacted

05/24/2019

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| KLB | Confer regarding opposition to motion for review regarding work product issues and discovery status; revise motion. | | 700.00 | 0.65 | 455.00 |
| SGL | ▮▮▮▮▮; conference with J. Burum; review opposition to discovery appeal; ▮▮▮ | | 780.00 | 1.15 | 897.00 |
| SAH | ▮▮▮▮▮ review and revise draft opposition to motion for review. | | 475.00 | 2.40 | 1,140.00 |

Redacted

Redacted

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:  07/01/2019
Invoice No.        5663
Page No.            10

Redacted

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:  07/01/2019
Invoice No.        5663
Page No.            11

Redacted

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/01/2019
Invoice No.        5663
Page No.            12

Redacted

# LARSON · O'BRIEN LLP

Colonies Crossroads, Inc.
10621 Civic Center Dr.
Rancho Cucamonga, CA   91730

Invoice Date:   07/01/2019
Invoice No.:   5663

Attn:  Lisa Schafer

RE   Colonies v. County of San Bernardino - Split #1

Redacted

# LARSON · O'BRIEN LLP

Colonies Crossroads, Inc.
10621 Civic Center Dr.
Rancho Cucamonga, CA   91730

| | |
|---|---|
| Invoice Date: | 07/08/2019 |
| Invoice No.: | 5675 |
| Matter No. | 1184.0002 |

Attn:  Lisa Schafer

RE  Colonies v. County of San Bernardino - Split #1

### Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Redacted | | | |
| 06/03/2019 | SAH | Review reply brief in support of motion for review of magistrate judge ruling. | 475.00 | 0.30 | 142.50 |
| | | Redacted | | | |
| | MSM | Review and confer regarding County's reply in support of motion for review. | 390.00 | 0.30 | 117.00 |
| | | Redacted | | | |
| 06/04/2019 | SAH | Draft memorandum to client regarding reply brief in support of motion for review of magistrate judge order; Redacted | 475.00 | 0.50 | 237.50 |
| | | Redacted | | | |
| 06/05/2019 | | Redacted | | | |
| | SGL | Conference with J. Burum; Redac Redacted | 780.00 | 0.10 | 78.00 |

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/08/2019
Invoice No.          5675
Page No.               2



| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 06/06/2019 | KLB | review County's reply in support of motion for review; | 700.00 | 2.15 | 1,505.00 |
| | SGL | Review status of discovery; review and revise correspondence regarding discovery; read and respond to email correspondence. | 780.00 | 0.20 | 156.00 |

Colonies Crossroads, Inc.
Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/08/2019
Invoice No.   5675
Page No.   3

Redacted

Colonies Crossroads, Inc.
Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:  07/08/2019
Invoice No.         5675
Page No.              4



| | | Rate | Hours | |
|---|---|---|---|---|
| Redacted | | | | |
| 06/12/2019 SAH | prepare oral argument outlines and materials for hearing to review work-product decision | 475.00 | 2.60 | 1,235.00 |
| Redacted | | | | |

Colonies Crossroads, Inc.
  Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:  07/08/2019
Invoice No.        5675
Page No.              5

|  | Rate | Hours |
|---|---|---|
| Redacted | | |

06/13/2019

Redacted

SGL [Redacted] read and respond to email correspondence.

| | Rate | Hours | |
|---|---|---|---|
| | 780.00 | 0.25 | 195.00 |

Redacted

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:  07/08/2019
Invoice No.          5675
Page No.                 6

Redacted

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/08/2019
Invoice No.          5675
Page No.                7

| | Rate | Hours |
|---|---|---|



Redacted

06/20/2019
SAH

review materials for 7/1 hearing preparation.  475.00  0.90  427.50

Redacted

06/21/2019
SAH

confer

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:  07/08/2019
Invoice No.        5675
Page No.              8

| | | Rate | Hours | |
|---|---|---|---|---|
| regarding 7/1 hearing. | | 475.00 | 0.35 | 166.25 |

KOF   Prepare hearing binder for K. Bell;

dacted

| | | 260.00 | 1.40 | 364.00 |

06/24/2019
KOF   Preparation for motion to review hearing;

Redacted

| | | 260.00 | 1.10 | 286.00 |

KLB                                         confer regarding
materials and preparation for 7/1
hearing.                                      Redacted

| | | 700.00 | 0.45 | 315.00 |

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/08/2019
Invoice No.          5675
Page No.               9

| | Rate | Hours |
|---|---|---|
| Redacted | | |

06/25/2019

Redacted

| | | Rate | Hours | |
|---|---|---|---|---|
| KOF | Prepare hearing binders for K. Bell. | 260.00 | 1.35 | 351.00 |

Redacted

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:  07/08/2019
Invoice No.          5675
Page No.               10



| Date | | Rate | Hours | |
|---|---|---|---|---|
| | Redacted | | | |
| 06/27/2019 KLB | confer and prepare for forthcoming 7/1 hearing; | 700.00 | 2.15 | 1,505.00 |
| | Redacted | | | |
| SGL | confer with J. Burum; | 780.00 | 1.05 | 819.00 |
| | Redacted | | | |

Colonies Crossroads, Inc.
Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:  07/08/2019
Invoice No.       5675
Page No.           11

| | Rate | Hours | |
|---|---|---|---|

06/28/2019
KLB          Prepare for hearing;



Redacted

700.00    1.85    1,295.00

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/08/2019
Invoice No.          5675
Page No.             12

Redacted

Colonies Crossroads, Inc.
 Account No.  1184.0002
RE:  Colonies v. County of San Bernardi

Invoice Date:   07/08/2019
Invoice No.         5675
Page No.             13

Redacted



# LARSON · O'BRIEN LLP

Colonies Crossroads, Inc.
10621 Civic Center Dr.
Rancho Cucamonga, CA   91730

Invoice Date:   07/08/2019
Invoice No.:   5675

Attn:  Lisa Schafer

RE   Colonies v. County of San Bernardino - Split #1

Redacted