# LARSON · O'BRIEN LLP

Koren L. Bell
Direct: 213.516.2468
kbell@larsonobrienlaw.com

July 9, 2019

The Honorable Shashi H. Kewalramani
United States Magistrate Judge
3470 12th Street
Riverside, CA 92501

Re:  Joint Letter Submission
     *Colonies Partners, L.P. v. County of San Bernardino, et al.*
     Case No.: 5:18-cv-00420-JGB-SHKx

Dear Magistrate Judge Kewalramani:

Pursuant to your Minute Order of June 19, 2019, the parties met and conferred regarding modification of the County Defendants' privilege log and relevancy objections. The parties have reached agreement as follows.

1. Colonies and Mr. Burum confirmed that they are not claiming any waiver of privilege for documents and communications after the time period surrounding the validation judgment, i.e. 2007.

2. The County Defendants will re-review the privilege log entries for County custodians dated on or before December 31, 2007, consistent with the County's interpretation of the California standard. The County Defendants will then produce any documents for which they agree that the attorney-client privilege has been waived, and, where they deem necessary, will revise the log entries for documents they believe remain privileged.

3. Following production of the revised privilege log, the parties will meet and confer further to determine if an agreement can be reached regarding any of the remaining entries.

4. Colonies and Mr. Burum agree that non-substantive communications—*e.g.*, emails regarding purely scheduling issues—do not need to be produced (even if arguably non-privileged).

L·O   P 213.436.4888  F 213.623.2000
       www.larsonobrienlaw.com

Los Angeles
555 South Flower Street, Suite 4400
Los Angeles, CA 90071

Washington D.C.
440 First Street NW, Suite 450
Washington, D.C. 20001

St. Louis
112 S. Hanley Road, Suite 200
St. Louis, MO 63105

LARSON·O'BRIEN LLP

The Honorable Shashi H. Kewalramani
July 9, 2019
Page 2

5. The County Defendants agree that the resolution of the attorney-client objection (be it through the meet and confer process or additional litigation, as necessary), together with the parties' pre-production meet and confer efforts concerning the scope of documents that would be searched and produced, Plaintiffs' agreement not to seek non-substantive communications, and confirmation that the at-issue records are pre-January 1, 2008, will dispense with the County Defendants' additional objections to the at-issue RFP, including relevancy.

Should the parties resolve any further issues prior to the Court issuing its ruling on the scope of the County's privilege waiver, they will submit a further joint update.

Very truly yours,

LARSON O'BRIEN LLP

*/s/ Koren L. Bell*

Koren L. Bell

BURKE, WILLIAMS & SORENSEN, LLP

*/s/ Charles E. Slyngstad*

Charles E. Slyngstad