UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Colonies Partners, L.P., <br><br> Plaintiffs, <br><br> v. <br><br><br> County of San Bernardino, *et al*. <br><br> Defendants. | Case No. <br> EDCV 18-420-JGB (SHKx) <br><br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith and Federal Rule of Civil Procedure 54(b),

IT IS HEREBY ADJUDGED that all of Plaintiff's claims against Edmund G. Brown, Jr., Melissa Mandel, and Gary Schons are dismissed with prejudice, and judgment is entered in their favor.

Dated: July 19, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge