Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Koren L. Bell (SBN 268614)
kbell@larsonllp.com
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: 213.436.4888
Facsimile: 213.623.2000

Attorneys for Plaintiffs
COLONIES PARTNERS, L.P.
JEFFREY BURUM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIES PARTNERS, L.P.,<br><br>        Plaintiff,<br>    v.<br><br>COUNTY OF SAN BERNARDINO; et al.<br><br>        Defendants.<br><br>AND CONSOLIDATED MATTERS | CASE NO. 5:18-cv-00420-JGB-SHKx<br>*Consolidated with:*<br>5:18-cv-00672-JGB-SHKx<br>5:18-cv-01597-JGB-SHKx<br>5:18-cv-01216-JGB-SHKx<br>5:18-cv-02202-JGB-SHKx<br>5:19-cv-00554-JGB-SHKx<br><br>**DECLARATION OF STEPHEN G. LARSON FOR ATTORNEYS' FEES PURSUANT TO ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT NO. 331]**<br><br>Action filed:   March 1, 2018<br>Pre-Trial Conf.: May 4 2020<br>Trial Date:      May 19 2020 |

## DECLARATION OF STEPHEN G. LARSON

I, Stephen G. Larson, declare and state as follows:

1. I am an attorney licensed to practice law before this Court and am a partner at the law firm of Larson O'Brien LLP, attorneys for Plaintiffs Colonies Partners, L.P. ("Colonies") and Jeffrey Burum in the above-captioned matter. I am submitting this declaration pursuant to the Court's Order dated March 27, 2020 (Dkt. No. 331). I have personal knowledge of the facts stated herein and, if called upon to do so, I can and will testify thereto.

2. I am the partner who oversees the work performed by my firm on this matter. My firm's attorneys devoted at least a total of 95.7 hours of professional time to meeting and conferring, researching, drafting, and revising Plaintiffs Colonies Partners, L.P. and Jeffrey S. Burum's Motion for Sanctions Against Defendants Michael A. Ramos and the County of San Bernardino, Dkt. No. 249), reviewing and analyzing the opposition filed by Ramos and the County (Dkt. No. 263), researching, drafting, and revising Plaintiffs' reply brief (Dkt. No. 266), and preparing for a potential hearing on the motion. In my experience, the number of hours my firm devoted to this matter is reasonable under the circumstances, particularly given the complexity and importance of the motion.

3. At our reasonable hourly rates, this represents a lodestar of **$42,589**, which has been calculated as follows:

| Name | Rate[1] | Hours | Total |
| --- | --- | --- | --- |
| Stephen G. Larson (Partner) | $780 | 2.2 | $1,716 |
| Koren L. Bell (Partner) | $700 | 7.6 | $5,320 |
| Jonathan E. Phillips (Partner) | $580 | 10.8 | $6,264 |
| Matthew S. Manacek (Associate) | $390 | 44.2 | $17,238 |

---

[1] The Court has previously found my rate of $780 per hour on this matter, Ms. Bell's rate of $700 per hour, and Mr. Manacek's rate of $390 per hour to be reasonable. (Dkt. No. 219 at 1.)

| | | | |
|---|---|---|---|
| Timothy C. Tanner (Associate) | $390 | 22.1 | $8,619 |
| Suzie S. Vardanyan (Associate) | $390 | 8.8 | $3,432 |
| **Total** | | | **$42,589** |

4. The above tables were prepared from contemporaneous billing records that the attorneys of my firm regularly submit. A true and correct copy of these billing records, from November and December 2019, are attached hereto as **Exhibit 1**. I have reviewed these billing records and have confirmed their accuracy. We have redacted any work that was unrelated to the Motion for Sanctions. Where billing entries included both work that was related to the Motion for Sanctions and work that was unrelated, we redacted the description of unrelated work and reduced the time included in the final request for attorneys' fees accordingly. For these mixed-task entries, the amount billed for the Motion for Sanctions is based on Paragraph 5 below and the declarations of the respective attorneys, which are attached hereto as **Exhibits 2-3**.

5. For my mixed-task entries, the first column in the table below identifies the dates for the mixed-work time entries, and the second column indicates the total amount of time I billed that date for work on this case. Of this total time, I billed at least the amount of time indicated in the third column working on the Motion for Sanctions.

| Date | Total Time | Time Spent on Motion for Sanctions |
|---|---|---|
| 11/18/19 | 1.1 | 0.3 |
| 12/22/19 | 1.8 | 1.4 |
| 12/23/19 | 1.2 | 0.3 |
| 12/30/19 | 0.6 | 0.2 |

6. The time being submitted for the lodestar calculation is more than the time reflected on the invoices because of the billing structure Larson O'Brien LLP

agreed to with Colonies and Mr. Burum. This structure, negotiated after obtaining appropriate conflict waivers from both clients, combines a contingency component with standard hourly billing. Specifically, 50% of all time relating to the Section 1983 civil rights claims is billed hourly to Colonies, while the other 50% is allocated to a contingency arrangement whereby Larson O'Brien LLP will be entitled to an agreed-upon percentage of any recovery obtained on behalf of Mr. Burum relating to the civil rights claims. The Court has previously found the County Defendants' argument that this arrangement justifies a fee reduction to be "without merit." (*See* Dkt. No. 213, 219.) Given this billing structure, the invoices attached as **Exhibit 1** only include half of the time the attorneys at Larson O'Brien LLP actually spent bringing the Motion for Sanctions. For example, as reflected in the above table, my total time billed on December 22, 2019 was 1.8 hours. However, due to this fee split arrangement, the invoice submitted to Colonies includes only one-half of that total—0.9 hours. (*See* Ex. 1, at 02/03/20 Invoice, p. 9.)

7. I have been an attorney for nearly 30 years, all of which time has been spent either litigating or adjudicating civil and criminal cases. My practice focuses on complex litigation and white collar criminal defense. I have tried numerous cases to verdict in both federal and state courts in California. Before establishing Larson O'Brien LLP, I was the firm-wide head of litigation at Arent Fox LLP—an AMLAW 200 firm. Before working at Arent Fox, I was a United States District Court Judge and a United States Magistrate Judge. Prior to my tenure on the federal bench, I spent nine years as an Assistant United States Attorney for the Central District of California. I began my career as an associate at O'Melveny & Myers LLP.

8. In the course of my career, I have adjudicated hundreds of civil rights matters as a United States District Court Judge and Magistrate Judge; have litigated over a dozen civil rights matters for both plaintiffs and defendants; was

appointed an Independent Monitor by Orange County to review implementation of civil rights reforms in the Orange County District Attorney's Office; have taught law school classes involving civil rights law, including classes on Constitutional Law and on Section 1983 Law; and have presented seminars internationally about civil rights litigation in the United States.

9. As a result of my experience in law firm leadership, I am familiar with the market rate for legal services for litigation attorneys in the Central District, including both the Los Angeles and Riverside legal markets. Based on my experience, the billing rates charged for the attorneys from Larson O'Brien LLP are well below the market rates for Los Angeles and are reasonable market rates for Riverside. As noted above, the Court has previously found my billing rates and the billing rates for attorneys from Larson O'Brien LLP to be reasonable market rates for Riverside.

10. My standard hourly billing rate for the time period in which this work was performed was $1,050. The hourly rate that Larson O'Brien LLP charged Colonies for my time on this matter was $780.

11. Koren L. Bell is a partner at Larson O'Brien LLP. Ms. Bell has been practicing law for 16 years and has litigated complex civil and criminal matters across the country, including civil rights cases. Before working at Larson O'Brien LLP, Ms. Bell was counsel at Wilkinson Walsh + Eskovitz in its Los Angeles office, a Supervising Deputy with the Office of the Federal Public Defender for the Central District of California, and an associate at Paul, Weiss, Rifkind, Wharton & Garrison in its New York office. Ms. Bell clerked for the Honorable Stephen Reinhardt. Ms. Bell's standard hourly billing rate for the time period in which this work was performed was $795. The hourly rate that Larson O'Brien LLP charged Colonies for Ms. Bell's time on this matter was $700.

12. Jonathan E. Phillips is a partner at Larson O'Brien LLP. Mr. Phillips has been practicing law for 16 years and has litigated complex civil and criminal

matters across the country. Before working at Larson O'Brien LLP, Mr. Phillips was a partner at Arent Fox LLP in its Los Angeles office, and an associate at Kirkland & Ellis LLP in its Los Angeles office. The *Daily Journal* awarded Mr. Phillips its prestigious California Lawyer Attorneys of the Year (CLAY) Award for his efforts securing acquittals in the underlying criminal case in this matter. Mr. Phillips's standard hourly billing rate for the time period in which this work was performed was $705. The hourly rate that Larson O'Brien LLP charged Colonies for Mr. Phillips's time on this matter was $580.

13. Matthew S. Manacek is an associate at Larson O'Brien LLP. Mr. Manacek has been practicing law for four years, litigating complex commercial and criminal matters. Mr. Manacek's standard hourly billing rate for the time period in which this work was performed was $475. The hourly rate that Larson O'Brien LLP charged Colonies for Mr. Manacek's time on this matter was $390.

14. Timothy A. Tanner is an associate at Larson O'Brien LLP. Mr. Tanner has been practicing law for three years, litigating complex commercial and criminal matters. Mr. Tanner's standard hourly billing rate for the time period in which this work was performed was $455. The hourly rate that Larson O'Brien LLP charged Colonies for Mr. Tanner's time on this matter was $390.

15. Suzie S. Vardanyan is an associate at Larson O'Brien LLP. Ms. Vardanyan has been practicing law for two years, litigating complex commercial and criminal matters. Ms. Vardanyan's standard hourly billing rate for the time period in which this work was performed was $435. The hourly rate that Larson O'Brien LLP charged Colonies for Ms. Vardanyan's time on this matter was $390.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of April, 2020, at Los Angeles, California

/s/ *Stephen G. Larson*
Stephen G. Larson

- 5 –
DECLARATION OF STEPHEN G. LARSON FOR ATTORNEYS FEES PURSUANT TO ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT NO. 331]