JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| COLONIES PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY FLOOD CONTROL DISTRICT; MICHAEL A. RAMOS, in his individual capacity; LEWIS COPE, in his individual capacity; JAMES HACKLEMAN, in his individual capacity; HOLLIS "BUD" RANDLES, in his individual capacity; ROBERT SCHREIBER, in his individual capacity; JOSIE GONZALES, in her individual capacity; RUTH STRINGER, in her individual capacity; ADAM ALEMAN, in his individual capacity; EDMUND G. BROWN, JR., in his individual capacity; KAMALA D. HARRIS, in her individual capacity; MELISSA MANDEL, in her individual capacity; and GARY SCHONS, in his individual capacity, <br><br> Defendants. <br><br> AND RELATED CONSOLIDATED CASES | Case No. 5:18-cv-00420-JGB (SHKx) <br> Consolidated with <br> 5:18-cv-00672-JGB-SHKx <br> 5:18-cv-01597-JGB-SHKx <br> 5:18-cv-01216-JGB-SHKx <br> 5:18-cv-02202-JGB-SHKx <br> 5:19-cv-00554-JGB-SHKx <br><br> **ORDER GRANTING PLAINTIFFS COLONIES PARTNERS, L.P.'S AND JEFFREY S. BURUM'S REQUEST FOR VOLUNTARY DISMISSAL** |

| | |
|---|---|
| 1 | Having considered Plaintiff Colonies Partners, L.P.'s request for voluntary |
| 2 | dismissal of its First Amended Complaint and Plaintiff Jeffrey S. Burum's request |
| 3 | for voluntary dismissal of his Second Amended Complaint, the Court GRANTS |
| 4 | both requests.  Plaintiffs' entire actions are hereby dismissed with prejudice. |

Dated:  January 26, 2021

_____
Honorable Jesus G. Bernal
United States District Court

---

1

ORDER GRANTING PLAINTIFFS COLONIES PARTNERS, L.P.'S AND JEFFREY S. BURUM'S REQUEST
FOR VOLUNTARY DISMISSAL